## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR100 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WILLIE B. JACOBS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Willie B. Jacobs (Jacobs) (Filing No. 16).  Jacobs seeks an extension of time until May 9, 2005, in which to file pretrial motions pursuant to paragraph 3 of the progression order (Filing No. 6).  Defense counsel represents to the court that counsel for the government has no objection to the extension.  Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Jacobs' motion for an extension of time (Filing No. 16) is granted. Defendant Jacobs is given until **on or before May 9, 2005,** in which to file pretrial motions pursuant to the progression order (Filing No. 6).  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., the time between **May 3, 2005 and May 9, 2005**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 3rd day of May, 2005.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge